JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-3954 AG (PLAx) | Date | October 8, 2009 |
|---|---|---|---|
| Title | RICHARD T. NG v. HENRY M. PAULSON, JR. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

**Proceedings:**   [IN CHAMBERS] ORDER DISMISSING CASE

On September 14, 2009, the Court dismissed the Complaint of Plaintiff Richard T. Ng ("Plaintiff") with leave to amend. The Court stated that "[i]f Plaintiff wishes to amend, he shall file a First Amended Complaint by September 28, 2009." (Order, September 14, 2009.) Plaintiff has failed to file a First Amended Complaint. Thus, the Court DISMISSES this case without leave to amend.

: 0

Initials of Preparer    lmb